IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| MORAVIAN ASSOCIATES, L.P. AND | :JOINTLY ADMINISTERED |
| 121 WALNUT STREET APARTMENT ASSOCIATES, L.P., | : |
| | : BANKRUPTCY NO. 09-14938 SR |
| DEBTORS. | : BANKRUPTCY NO. 09-14943 SR |
| | : |

# ORDER

**AND NOW,** upon consideration of the Objection (the "Objection") of the debtor, 121 Walnut Street Apartment Associates, L.P. ("Debtor"), to Claim Nos. 6 and 47 of Citizens Bank of Pennsylvania ("Citizens") and after a hearing with notice, it is hereby **ORDERED** that:

1. Claim No. 47 is disallowed.

2. Claim No. 6 is an allowed secured claim.

3. Citizens is not permitted to recover post-judgment late charges and Claim No. 6 shall be reduced by $86,242.65 which is the amount of such charges.

4. Citizens is not permitted to recover post-judgment interest at a default rate but only at the legal rate of six percent (6%) per annum. Claim No. 6 shall be reduced to reflect this ruling.

5. Citizens is entitled to recover reasonable post-judgment attorney's fees as part of its allowed secured claim.

6. Debtor has agreed and, therefore, shall not be permitted to contest the reasonableness of the post-judgment attorney's fees which Citizens incurred on or before February 9, 2010.

7. In the event the parties cannot agree on the amount of reasonable attorney's fees incurred by Citizens after February 9, 2010, Debtor may request a hearing on this limited issue.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: May 26, 2010

Counsel for Debtor
JAMES M. MATOUR, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103

Counsel for Citizens Bank
GRETCHEN M SANTAMOUR, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106